It's low. It started to disgust me. My belief system was changing. I was looking for a way out. Here I am 40 plus years old and still selling drugs? I was knowing the damage it was doing to myself - - and I am not talking about going to prison. I don't know how to word it. The sin of it. Totally contrary to what I want to be doing. I'm selling drugs and sometimes you know we would be cooking - - Moore and I cooked for the 100 Black Men in Madison gallery event. We cooked food in the park for the less fortunate. We were talking about opening a restaurant. We cooked and handed out supplies to the men's shelter. I did research and learned that the number one thing they want is socks. I went to The Swap in Chicago and got a bunch of socks and made chili for them. My mind and soul were at odds with what I was doing. I was battling that at the time. It was so I still had the influence of my family to fall back on. My family did it and I loved them. There was turmoil going on inside me and this is now kind of a relief to me, truth be known. It was sickening.

*Selling* was almost an addiction for *me*. Since I was a kid I have never *not* sold drugs. Even though I had legit jobs. I'm *skilled*. At the temporary job I had at the tire place in Georgia, the woman there said it was a temporary job and I'd be there for six months. I said, "You can't say that. I will exceed that." I have power and ability to excel but I can see clearly this [drug trafficking] is a detriment to the family I say I love and everything can happen to my health and my freedom but I never *didn't* do it. [There was never a time I didn't sell drugs.] It is really kind of like an addiction for me. Don't know how to word it any other way. What if I - - it is stupid  - - but I thought, "What if I failed at doing things legitimately and I don't have this [trafficking] to get me through?" - and that sounds crazy.

I put myself into a position with Keesha and my mom with certain expectations and people came to expect things from me. I didn't want to fail. The way I was able to meet expectations was through selling drugs. I was dependent on selling drugs without all the other stuff. I mean, I don't care about controlling people or manipulating people - - it was just the sales. The money. Relationships I built were built on what I could provide so that's how I planned for the future. I was dependent on the money from selling drugs.

I don't care what happens, I am never selling drugs again. You can call the people in my phone – try to trick them and call anyone and say, "Jamar is coming over to roll," and they will say, "No way." When I get determined, that's it. It's done. Now I have to give myself the time to make the transition. For me, internally, the conversation I am having with myself honestly has me knowing this is a good sign. It seems to everyone like a bad thing that I'm going to prison. But every transition I made before happened after prison. My drug dealing is a dependency no different from addiction. I need the time to break from it. I know if I sold this much I'd get this much and can do this trip or get this place. I budgeted based on the drug dealing. I never gave myself the experience of working just legitimately and to learn I'd be alright without the drug sales.

I am tired. Look at my kids. Come on. I was a kid before. I'm an adult now. I'm disgusted. With my youngest kids, I held them when they were born. I was the hands they were born into. My kids with Keisha are the first births I was there for. I was present for them and now I have to say to myself, oh man, come on, be serious. Man, you gotta be kidding me. My little son FaceTimes me. My son is calling me and does not understand why I'm not there. He thinks I am at camp. Come on,

man. Whatever little time I have when I get out, I'm going to cherish it. That's it. Point blank. That's it.

My son, Dajeau, he was always going to do what I was gonna do. He is the closest one to me. Wherever I go, he'll go. So if I am done with drugs when I get out, he's done. I fashioned him in some good ways. Like he saw me with Raeanne for years and years and so he has been with the same girl for a long time. In the future I have to model what he should do. I will plan for him to be able to stay with my mom and he'll be okay. He is intelligent – moreso than me. I distanced myself from my son Khalif because I know I was a big influence on him and I didn't want him to be like me. I absolutely do feel guilty for Dajeau being here because I knew I could trust him. Who should put their child in a position like this? If you met my son, you're talking to me. He's got all my strong qualities and much more. The reason we don't play games is playing games is wasting time when you could be doing something else instead. Even in my legal decisions, I am not trying to control and manipulate and scheme. That is just working backwards. I want to move forward. I am definitely super guilty about how Dajeau is going. His mom and the rest of the family blame me too. He was just doing what he saw his dad do. When they started cracking down on my circle, I leaned on him because I could trust him instead of giving it up and saying, "This is enough." Oh man.