Your Honorable Judge

I would like to take this opportunity to first acknowledge my role and take full responsibility for my actions. Specifically, for my decision and encouragement of others to distribute drugs in any community. I knew what I was doing was wrong yet I willfully continued in my activities until I was apprehended by law enforcement.

Your Honor, if im being honest these words are very hard for me to write because I know it's hard to determine sincerety from words alone. Coupled with my background, it almost seems useless to tell you that im done. And, because im a man of action, whose use to leading by example, writing words trying to appeal for leniency seems foreign to me.

So, I just decided to speak my truth about some things that im not sure the court is aware of. I have a 4 year old son named ██████ and a 1 year old daughter named Z█████ and they mean the world to me just like any other parent. They are my reason for living, anything that's good in me is because of them, the life that's in them. I would love the opportunity to experience life with them, to guide some of there decisions at critical milestone moments like college, marriage, children etc. I fear that a 20 yr sentence will prevent me from passing goodness into them. I know it's hard to see it from the papers

and reports you have in front of you. But, I do have good in me, I have inspired change in other people, I have motivated other people to do great things. It's hard to see it through the haze of my addiction (to selling drugs) that there is change inside me but it's there.

One thing I am known for is keeping my word and I assure this court that this is the last time I will be before a court again

Jamar Purcell