IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                              Case No.: 25-cr-63-wmc

JAMAR M. PURNELL ET AL,

        DEFENDANT.

## NOTICE OF APPEARANCE

The United States of America, by Chadwick M. Elgersma, United States Attorney

for the Western District of Wisconsin, by David Reinhard, Assistant United States

Attorney for that district, gives notice that he files his appearance as counsel for the

United States of America in the above-captioned case.

        Dated: July 1, 2026

                                CHADWICK M. ELGERSMA
                                United States Attorney


                                By:/s/
                                DAVID REINHARD
                                Assistant United States Attorney