## WARRANT OF ARREST SEALED

RECEIVED
By Brandon Howard at 2:24 pm, Jun 26, 2025

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|

| United States of America<br><br>v.<br><br>Jamar M. Purnell<br><br>Defendant. | DOCKET NO. 25-cr-63-wmc | MAGISTRATE JUDGE CASE NO. |
|---|---|---|
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Jamar M. Purnell<br><br>████████<br><br>Chicago, IL 60628 | |

Warrant Issued on the Basis of:

✔ Indictment    Order of Court    Information    Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Distribute 500 Grams or More Methamphetamine & 400 Grams or More Fentanyl;
Possession with Intent to Distribute 500 Grams or More Methamphetamine;
Possession with Intent to Distribute 40 Grams or More Fentanyl;
Distribution of 500 Grams or More Methamphetamine; and
Distribution of 50 Grams or More Methamphetamine

IN VIOLATION OF TITLE: 21 U.S.C. Section(s) 841(a)(1) & 846

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk s/ J. Titak | Date Issued: 6/26/25 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 6/26/25 | Date Executed: 7/6/25 |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |